# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00495-CR

**Denise Meredith Hall, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 3010825, HONORABLE JON N. WISSER, JUDGE PRESIDING

**PER CURIAM**

          Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.


Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:   October 18, 2001

Do Not Publish